EL PUEBLO, DEMANDANTE Y APELADO, *v.* CRESPO, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama en causa por infracción al artículo 2 de la Ley Orgánica.

No. 1513.—Resuelto en julio 30, 1920, por los fundamentos del caso No. 1492 de *El Pueblo* v. *Torres,* resuelto en julio 30, 1920, (pág. 835).

Abogado del apelante: *Sr. M. A. Martínez.*

Abogados del apelado: *Sres. J. E. Figueras, Fiscal y A. Arroyo.*

*Revocada la sentencia apelada, sobreseída la causa y decretada la libertad del acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.